JUDGE KOELTL

08 CV 1963

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

REGINALD POWE and COLLEEN JONES,

        Plaintiff,

v.

CAMBIUM LEARNING COMPANY a/k/a
CAMBIUM LEARNING, INC.,

        Defendant.

------------------------------------------------x

08 Civ. _____

*RECEIVED FEB 27 2008 U.S.D.C. S.D.N.Y. CASHIERS*

## DEFENDANT CAMBIUM LEARNING, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Cambium Learning, Inc. ("Cambium") states that Cambium is a nongovernmental corporate party in the above-captioned action. Cambium is not owned by a parent corporation, nor does any publicly held corporation own 10% or more of Cambium's stock.

Dated:    New York, New York
            February 27, 2008

                              GIBSON, DUNN & CRUTCHER LLP

                              By: _____
                                   Marshall R. King (MK-1642)

                              200 Park Avenue, 47th Floor
                              New York, New York 10166-0193
                              Telephone: (212) 351-4000
                              Facsimile: (212) 351-4035

                              Attorneys for Defendant Cambium Learning, Inc.