Mar. 6. 2008  4:43PM    Richard A. Kraslow P. C.                          No. 3641    P. 2

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                   │
│ DATE FILED: 3/12/08                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

REGINALD POWE and COLLEEN JONES,

        Plaintiffs,

    v.                                                    08 Civ. 1963 (JGK)

CAMBIUM LEARNING COMPANY a/k/a                          **STIPULATION AND ORDER**
CAMBIUM LEARNING, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x


        IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel

for the parties, that:

    1.     Defendant's time to answer or otherwise move in response to Plaintiffs'

Complaint is extended to and including March 26, 2008.

    2.     Defendant has waived, and shall not raise, any objection to personal jurisdiction.


RICHARD A. KRASLOW, P.C.                    GIBSON, DUNN & CRUTCHER LLP


By: _____                By: _____
    Richard A. Kraslow (RK-0925)                   Marshall R. King (MK-1642)

425 Broad Hollow Road, Suite 206           200 Park Avenue, 47th Floor
Melville, New York 11747                   New York, New York 10166-0193
Telephone: (631) 756-8300                  Telephone: (212) 351-4000

Attorneys for Plaintiffs                   Attorneys for Defendant


SO ORDERED:

_Miriam Goldman Cedarbaum_
U.S.D.J.    Part I
    March 11, 2008.