UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

REGINALD POWE and COLLEEN JONES,

        Plaintiff,

v.

CAMBIUM LEARNING, INC.,

        Defendant.

------------------------------------------------- x

08-CV-1963 (JGK)

ECF Case

## CERTIFICATE OF SERVICE

I, Megan A. Burns, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 26th day of March, 2008, I served true and correct copies of Defendant's Motion to Dismiss the Complaint, and accompanying Declaration of Megan A. Burns, and exhibits attached thereto, by overnight mail, postage prepaid, upon the plaintiff's counsel of record:

    Richard A. Kraslow, Esq.
    Alan G. Kraut, Esq.
    Richard A. Kraslow, P.C.
    425 Broad Hollow Road, Suite 206
    Mellville, New York 11747

                                  _____
                                  Megan A. Burns