```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REGINALD POWE and COLLEEN JONES,

                       Plaintiff(s),

                -against-

CAMBIUM LEARNING COMPANY,
                      Defendant(s),
------------------------------------------------------------X

08 civ 1963 (JGK)

**ORDER**

      A motion to dismiss was filed on **March 26, 2008.**

      The plaintiff shall serve and file papers in response to the motion by **April 16, 2008.**

      The defendant shall serve and file any reply papers by **April 30, 2008.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                              JOHN G. KOELTL
                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          March 27, 2008