RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc1@aol.com

April 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-04-08

RECEIVED 03 2008
JUDGE JOHN G. KOELTL

VIA FACSIMILE
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-7912

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/3/08

Re:  *Powe & Jones v. Cambium Learning Company*
     08 Civ. 1963 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiffs, Reginald Powe and Colleen Jones. In response to Defendant's Motion to Dismiss dated March 26, 2008, the Court had, by Order dated March 28, 2008, established a briefing schedule which requires that Plaintiffs' responsive pleadings be served on or before April 16, 2008 and that Defendant serve its reply on or before April 30, 2008.

Prior to receiving the Court's Order, the parties, through their respective counsel, had agreed that Plaintiffs' time to file their responsive pleading would be extended to Thursday, May 1, 2008, and that Defendant's time to file reply would be extended to Thursday, May 15, 2008. The extension is necessary to accommodate both counsel's travel schedules.

The parties respectfully request that the referenced briefing schedule be consented to by the Court. Alternatively, if the Court has any questions, or wishes to discuss this matter further, please call.

Thank you for the Court's consideration.

Respectfully submitted,

RICHARD A. KRASLOW, P.C.

*/s/ Richard A. Kraslow*
RICHARD A. KRASLOW

RAK:jv

cc:   Megan Burns, Esq.
      via facsimile @ (212) 351-6330