UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

REGINALD POWE and COLLEEN JONES,

        Plaintiff,

v.

CAMBIUM LEARNING, INC.,

        Defendant.

------------------------------------- x

08-CV-1963 (JGK)

ECF Case

## CERTIFICATE OF SERVICE

    I, Megan A. Burns, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15t$^h$ day of May, 2008, I served true and correct copies of Defendant's Reply Memorandum in Support of its Motion to Dismiss the Complaint, and accompanying Declaration of Marshall R. King, and exhibit attached thereto, by overnight mail, postage prepaid, upon the plaintiff's counsel of record:

        Richard A. Kraslow, Esq.
        Alan G. Kraut, Esq.
        Richard A. Kraslow, P.C.
        425 Broad Hollow Road, Suite 206
        Mellville, New York 11747

                                          /s/ Megan A. Burns
                                          Megan A. Burns