USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD POWE, et al.,

                Plaintiffs,        08 Civ. 1963 (JGK)

    - against -                ORDER

CAMBIUM LEARNING COMPANY,

                Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record held on July 15, 2008, the plaintiff's request for leave to replead is **granted**, and the defendant's motion to dismiss (Docket No. 4) is **denied without prejudice as moot**. The plaintiff should file an amended complaint by **August 15, 2008**. The defendant's time to move or answer is extended to **September 5, 2008**.

SO ORDERED.

Dated:    New York, New York
          July 15, 2008

                                          John G. Koeltl
                                  United States District Judge