UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REGINALD POWE, et al.,

                             Plaintiffs,

        - against –

CAMBIUM LEARNING COMPANY,

                             Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

08 Civ. 1963 ( JGK )( RLE )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**X**  Settlement*

\_\_\_  Inquest After Default/Damages Hearing

\_\_\_  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_  Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: \_\_\_\_

**SO ORDERED.**

DATED:    New York, New York
                July 15, 2008

                                        John G. Koeltl
                                        United States District Judge

\* Do not check if already referred for general pretrial.