RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc1@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08

August 13, 2008

**VIA FEDERAL EXPRESS**
Hon. Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*   *Powe & Jones v. Cambium Learning Company*
            *08 Civ. 1963 (JGK)*

Dear Magistrate Judge Ellis:

This letter will confirm that following discussions had with Michael Brantley, the Settlement conference in the referenced matter originally scheduled for Tuesday, August 26, 2008, has been adjourned, on consent of the parties, to Thursday, September 18, 2008 at 2:30 p.m.

If the Court has any questions, or requires additional information in furtherance of this matter, please call.

So Ordered
Ronald /s/
8-14-08

Respectfully submitted,

RICHARD A. KRASLOW, P.C.

RICHARD A. KRASLOW

RAK:jv

cc:   Megan Burns, Esq.
       via facsimile @ (212) 351-6330

       Alan G. Kraut, Esq.