USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## RICHARD A. KRASLOW, P.C.

ATTORNEYS AT LAW

425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc1@aol.com

August 12, 2008

**VIA FACSIMILE**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007
(212) 805-7912

Re:  *Powe & Jones v. Cambium Learning Company*
*08 Civ. 1963 (JGK)*

Dear Judge Koeltl:

This firm represents Plaintiffs, Reginald Powe and Colleen Jones.  At a Hearing held July 15, 2008, the Court had directed Plaintiffs to amend their Complaint on or before Friday, August 15, 2008.  The Court had also referred the matter for a Settlement Conference before the Hon. Ronald L. Ellis, United States Magistrate Judge, which is currently scheduled for Thursday, September 18, 2008.

Accordingly, Plaintiffs respectfully request that their time to amend their Complaint previously filed, be extended, on consent of the parties, to Thursday, October 9, 2008.

Kindly acknowledge the Court's consent to the extension requested herein by signing a copy of this letter where indicated and return same to the undersigned via facsimile at (631) 756-8300.  Thank you for the Court's consideration.

Respectfully submitted,

RICHARD A. KRASLOW, P.C.

RICHARD A. KRASLOW

RAK:jv

cc:    Megan Burns, Esq.
       via facsimile @ (212) 351-6330

So Ordered

EXTENSION CONSENTED TO:
United States District Court, Southern District of NY

By: Hon. John G. Koeltl

8/17/08